STATE OF NEW JERSEY v. IMRE SIMA.

November 1, 1976. Petition for certification granted. (See 142 *N. J. Super.* 187)

U. S. HOME CORPORATION v.
U. S. LAND & UTILITIES COMPANY.

November 1, 1976. Petition for certification denied.

U. S. HOME CORPORATION v.
U. S. LAND & UTILITIES COMPANY.

November 1, 1976. Cross-Petition for certification denied.

U. S. HOME CORPORATION v.
U. S. LAND & UTILITIES COMPANY.

November 1, 1976. Cross-Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GIBSON.

November 1, 1976. Petition for certification denied.

MARLENE THOMAS v. BARRY ALLEN THOMAS.

November 1, 1976. Petition for certification denied.